**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | ) ) ) | |
| **BARRY WISNER CHAPIN** | ) ) | **Chapter 7** <br> **Case No. 20-10324 JEB** |
| **Debtor**. | ) ) ) ) | |
| **OCEAN CITY LOFTS CONDOMINIUM ASSOCIATION, INC.,** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | **Adversary Proceeding No. 20-01063** |
| v. | ) ) ) | |
| **BARRY CHAPIN AND THE UNITED STATES OF AMERICA** | ) ) ) ) | |
| **Defendants.** | ) ) ) | |

### MOTION BY TRUSTEE TO BE SUBSTITUTED AS DEFENDANT

Harold B. Murphy, as he is the Trustee (the "Trustee") of the bankruptcy estate of Barry Wisner Chapin (the "Debtor"), moves, pursuant to Rule 25 of the Federal Rules of Civil Procedure as applicable hereto pursuant to Rule 7025 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that the Trustee be substituted as Defendant in the above-captioned Adversary Proceeding for Defendant/Debtor Barry Chapin. In support of his Motion, the Trustee states that he is the duly appointed Chapter 7 trustee of the Debtor, having been appointed on February 5, 2020 [Docket No. 4].

WHEREFORE, Harold B. Murphy, as he is the duly appointed and acting Chapter 7 Trustee, respectfully prays that (i) this Motion be allowed, (ii) that upon the allowance of the Motion, the Trustee be substituted as the Defendant in the above-captioned Adversary

Proceeding, and that the Court grant such other relief as may be just and proper.

                                        HAROLD B. MURPHY,
                                        AS TRUSTEE OF THE CHAPTER 7
                                        ESTATE OF BARRY WISNER CHAPIN.

                                        By his attorney,

                                        _s/ *Kathleen R. Cruickshank*_
                                        Kathleen R. Cruickshank (BBO #550675)
                                        Murphy & King, Professional Corporation
                                        One Beacon Street
                                        Boston, MA  02108
                                        Telephone: (617) 423-0400
DATED:  June 8, 2020                      Email:  KCruickshank@murphyking.com

## CERTIFICATE OF SERVICE

      I, Kathleen R. Cruickshank, hereby certify that on June 9, 2020, I caused a copy of the foregoing pleading to be served via this Court's CM/ECF system, electronic mail and/or by first class mail, postage prepaid, on the parties listed on the attached service list.

                                                 /s/ Kathleen R. Cruickshank
                                                 Kathleen R. Cruickshank

Dated: June 9, 2020

**SERVICE LIST**

**BY CM/ECF:**

- Bradley Sarnell    Bradley.a.sarnell@usdoj.gov, northern.taxcivil@usdoj.gov

**BY FIRST CLASS MAIL:**

Civil Process Clerk, Office of the US Attorney
John Joseph Moakley US Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

United States of America
c/o Ariana Fajardo Orshan, Attorney for Southern District of Florida
99 NE 4th Street
Miami, FL 33132

Steven Terner Mnuchin, Secretary of the Treasury
Department of the Treasury, Internal Revenue Service
1111 Constitution Ave., N.W.,
Washington, D.C. 20224

Kevin Kidd
Red Hills Holdings, LLC
2250 NW Flanders St. Suite G02
Portland, OR  97210

Internal Revenue Service
7940 Kentucky Drive
Stop 2850F
Florence, KY 41042

William Barr, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

**BY ELECTRONIC MAIL:**

Ronald M. Rosengarten
rosengartenr@gtlaw.com
abrahamd@gtlaw.com
flservice@gtlaw.com
Counsel to Barry Chapin

Michael D. Moccia
mdm@moccialaw.com
mdmoccia@gmail.com
Counsel to DNA Real Estate, LLC

Lauren Bluestein
Assistant United States Attorney
lauren.bluestein@usdoj.gov
reina.sanchez@usdoj.gov
Counsel to the Internal Revenue Service

Danielle Riggin
DRiggin@BAPFlaw.com
Counsel to Ocean City Lofts Condominium Association

Keith F Backer
kbacker@bapflaw.com
Counsel to Ocean City Lofts Condominium Association