Dated: 6/30/2020

No objections filed. Allowed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re: <br><br>**BARRY WISNER CHAPIN** <br><br>Debtor. | Chapter 7 <br> Case No. 20-10324 JEB |
| **OCEAN CITY LOFTS CONDOMINIUM ASSOCIATION, INC.,** <br><br>Plaintiff, <br> v. <br><br>**BARRY CHAPIN AND THE UNITED STATES OF AMERICA** <br><br>Defendants. | Adversary Proceeding No. 20-01063 |

## MOTION BY TRUSTEE TO BE SUBSTITUTED AS DEFENDANT

Harold B. Murphy, as he is the Trustee (the "Trustee") of the bankruptcy estate of Barry Wisner Chapin (the "Debtor"), moves, pursuant to Rule 25 of the Federal Rules of Civil Procedure as applicable hereto pursuant to Rule 7025 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that the Trustee be substituted as Defendant in the above-captioned Adversary Proceeding for Defendant/Debtor Barry Chapin. In support of his Motion, the Trustee states that he is the duly appointed Chapter 7 trustee of the Debtor, having been appointed on February 5, 2020 [Docket No. 4].

WHEREFORE, Harold B. Murphy, as he is the duly appointed and acting Chapter 7 Trustee, respectfully prays that (i) this Motion be allowed, (ii) that upon the allowance of the Motion, the Trustee be substituted as the Defendant in the above-captioned Adversary