UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>BARRY WISNER CHAPIN,<br>                    Debtor. | Chapter 7<br>Case No.  20-10324-JEB |
| OCEAN CITY LOFTS CONDOMINIUM ASSOCIATION, INC.,<br>                    Plaintiff,<br>v.<br>HAROLD B. MURPHY, CHAPTER 7 TRUSTEE, and<br>UNITED STATES OF AMERICA,<br>                    Defendants. | Adversary Proceeding<br>No. 20-01063 |

## MOTION FOR REMAND TO THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

Pursuant to the Orders entered in the above-captioned Chapter 7 case, No. 20-10324-JEB, dated April 21, 2021 [Doc. Nos. 572, 573, and 574], Harold B. Murphy, the Chapter 7 Trustee of the Estate of Barry Wisner Chapin ("Trustee"), hereby moves for remand of this Action, Adversary Proceeding No. 20-01063, to the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

The Trustee commenced this Adversary Proceeding by removing, pursuant to 28 U.S.C. § 1452, the action captioned Civil Action No. 2019CA003451, originally pending in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida ("Florida State Court"), to this Court.

This Court has approved [No. 20-10324-JEB, Doc. Nos. 572, 573, and 574] a Settlement Agreement [No. 20-10324-JEB, Doc. 548] and Stipulation of Settlement [No. 20-10324-JEB,

Doc. 550] providing for the remand of this action back to the Florida State Court. This motion is filed in accordance with the approving Orders.

Prior to the removal, the foreclosure action in the Florida State Court was against Barry Chapin ("Debtor") and the United States of America. After removal, the Trustee was substituted in place of the Debtor as a Defendant. Consistent with the Settlement Agreement and Stipulation of Settlement, the Trustee (rather than the Debtor) should remain a Defendant in the remanded action for the limited purpose of maintaining a right to surplus proceeds in the event that the United States' liens are satisfied or mostly satisfied through an action it has brought to enforce its liens against the condominium property located at 185 Northeast Fourth Avenue, No. 210, Delray Beach, Florida 33444, that was purchased by 104 Andover Court LLC.

A proposed order is submitted herewith.

WHEREFORE, the Trustee requests that the Court order the remand of this action to the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida for further proceedings consistent with the proposed order.

> Respectfully submitted,
>
> HAROLD B. MURPHY,
> Chapter 7 Trustee,
>
> By his attorneys,
>
> */s/ Shawn Lu*
> Shawn Lu (BBO #679755)
> Murphy & King, Professional Corporation
> One Beacon Street
> Boston, Massachusetts 02108
> Tel.: (617) 423-0400
> Email: slu@murphyking.com

Dated:  May 21, 2021

**CERTIFICATE OF SERVICE**

      I, Shawn Lu, hereby certify that on this 21st day of May 2021, I caused a copy of the foregoing *Motion For Remand To The Circuit Court Of The Fifteenth Judicial Circuit In And For Palm Beach County, Florida* to be served via this Court's CM/ECF system, and/or by first class mail or electronic mail as indicated on the attached service list.

                                        */s/ Shawn Lu*

**OCEAN CITY LOFTS CONDOMINIUM ASSOCIATION,
INC., ET AL. VS. HAROLD B. MURPHY, CHAPTER 7 TRUSTEE
ADVERSARY PROCEEDING NO. 20-01063**

**SERVICE LIST**

**BY CM/ECF:**

- William J. Amann    wamann@ba-lawgroup.com, cshaw@ba-lawgroup.com
- David G. Baker    bkaecf@bostonbankruptcy.org; ecf@bostonbankruptcy.org; bkaecf@outlook.com
- Cory S Carano    Cory.Carano@gmail.com
- Kathleen R. Cruickshank    kcruickshank@murphyking.com, bankruptcy@murphyking.com;rguarino@murphyking.com;ecf-f3829d9f3bd3@ecf.pacerpro.com
- Christine E. Devine    cdevine@mirickoconnell.com, bankrupt@mirickoconnell.com
- Jennifer V. Doran    jdoran@haslaw.com, calirm@haslaw.com;calirm@hinckleyallen.com;kabarrett@hinckleyallen.com
- Kate P. Foley    kfoley@mirickoconnell.com
- Richard N. Gottlieb    rnglaw@verizon.net, r39800@notify.bestcase.com
- Shawn Lu    slu@murphyking.com, dmeyer@murphyking.com;ecf-8b8439714ea0@ecf.pacerpro.com
- Bradley Sarnell    Bradley.a.sarnell@usdoj.gov, northern.taxcivil@usdoj.gov

*797423*